IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHAPPELL L. AMES,

    Plaintiff,

v.                                              Civil Action No. 3:16CV781

DR. GUJRAL, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on November 16, 2016, the Court conditionally docketed the action. Chappell L. Ames requested leave to proceed in forma pauperis. By Memorandum Order entered on December 21, 2016, the Court directed Ames to pay an initial partial filing fee of $28.81 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Ames has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Ames is not entitled to proceed in forma pauperis. Ames's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Ames.

                                                  /s/

                                           Robert E. Payne
                                           Senior United States District Judge

Date: January 31, 2017
Richmond, Virginia